Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ron Y. Sung
Assistant Federal Public Defender
Nevada State Bar No. 13047
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ron_Sung@fd.org

*Attorney for Petitioner Thomas Supranovich

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Supranovich,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>William Hutchings, *et al.*,<br><br>　　　　　Respondents. | Case No. 2:21-cv-01269-RFB-BNW<br><br>**Unopposed Motion for Extension of Time to File First Amended Petition**<br><br>**(First Request)** |

　　　　Petitioner Thomas Supranovich asks this Court to enter an Order extending his deadline for filing his first amended § 2254 petition from February 3, 2023, by 90 days until May 4, 2023. This is Supranovich's first request for an extension. Respondents do not oppose this request.

## POINTS AND AUTHORITIES

Supranovich filed a *pro se* 28 U.S.C. § 2254 petition for writ of habeas and a request for appointment of counsel with this Court on July 2, 2021.[1] On July 15, 2022, this Court granted Supranovich's request for appointment of counsel and appointed the Federal Public Defender.[2] On August 8, 2022, undersigned counsel appeared for Supranovich.[3]

Counsel has been diligently working on Supranovich's case. Since appointment, counsel has obtained court records, prior counsel's records, and met with client. Counsel is currently seeking an expert to assess Supranovich's claims. Accordingly, Supranovich requests a 90-day extension to file his amended petition by May 4, 2023.

On February 1, 2023, counsel for Respondents, Deputy Attorney General Trisha Chapman, indicated by email that Respondents do not oppose this request with the understanding that Respondents' lack of objection is not waiver of any procedural defenses or statute of limitations challenges or construed as agreeing with the accuracy of the representations made in this Motion.

///
///
///
///
///
///
///

---

[1] ECF Nos. 1-1, 1-2.
[2] ECF No. 7.
[3] ECF No. 10.

Dated February 3, 2023.

                                Respectfully submitted,

                                Rene L. Valladares
                                Federal Public Defender

                                */s/ Ron Y. Sung*
                                Ron Y. Sung
                                Assistant Federal Public Defender

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
**United States District Court**

DATED this 3rd day of February, 2023

3