# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS SUPRANOVICH,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>WILLIAM HUTCHINGS, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:21-cv-01269-RFB-BNW<br><br>**ORDER** |

　　　Respondents seek an extension of time to file their response to the motion to stay as well as an extension of time to file their answer to the first amended petition. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

　　　It is therefore ordered that Respondents' first unopposed Motion for Extension of Time (ECF No. 23) is GRANTED. Respondents have until August 1, 2023, to file their response to the motion to stay. Respondents have 60 days from the date the Court enters its order on the motion to stay to file their answer to the first amended petition.

　　　DATED this 6th day of June 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE