# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS SUPRANOVICH,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM HUTCHINGS, *et al.*,<br><br>Respondents. | Case No. 2:21-cv-01269-RFB-BNW<br><br>**ORDER** |

In this habeas corpus action, Respondents seek an enlargement of time *nunc pro tunc* to file a reply in support of their motion to dismiss the first-amended petition (ECF No. 37). The Court finds the request is made in good faith and not solely for the purpose of delay; therefore, good cause exists to grant the motion.

**THEREFORE, IT IS HEREBY ORDERED:**

1. Respondents' Unopposed Motion for Enlargement of Time *Nunc Pro Tunc* to Reply to Petitioner's Opposition to Motion to Dismiss (ECF No. 37) is **GRANTED**. Respondents have until March 17, 2025, to file a reply in support of their motion to dismiss the first-amended petition.

**DATED:** February 27, 2025

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**